ELLIOT ENOKI
United States Attorney
District of Hawaii

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 2 4 2001

at ___ o'clock and ___ min. ___ .M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR 01 - 00197

HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | 18 U.S.C. § 2113(a) |
| | ) | [Bank Robbery] |
| KEONI HYLTON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about May 15, 2001, in the District of Hawaii,

KEONI HYLTON did, by force and violence, and by intimidation,

take from the person and presence of another, money belonging to,

and in the care, custody, control, management and possession of

the Hawaii State Federal Credit Union, West Ridge Shopping Center

branch, a credit union whose deposits are insured by the National

Credit Union Association.

In violation of Title 18, United States Code, section

2113(a).

COUNT 2

The Grand Jury further charges:

On or about May 21, 2001, in the District of Hawaii, KEONI HYLTON did, by force and violence, and by intimidation, take from the person and presence of another, money belonging to, and in the care, custody, control, management and possession of the American Savings Bank, Waipahu Branch, a bank whose deposits are insured by the Federal Deposit Insurance Corporation.

In violation of Title 18, United States Code, section 2113(a).

DATED: Honolulu, Hawaii, May 2Y, 2001.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Keoni Hylton
"Indictment"

2