AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER:       1:01CR00197-001
DEFENDANT:         KEONI HYLTON

Judgment - Page 3 of 5

OC'd Financial

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 MONTHS**.

[✔]  The court makes the following recommendations to the Bureau of Prisons:

That DNA be collected from the defendant.

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

at 1 o'clock 15 min. P.M.

FILED IN THE
UNITED STATES ___ COURT
DISTRICT OF HAWAII

OCT 19 2006

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

Defendant delivered on __09-07-06__ to __FBOP F.C.C.__
at __Victorville, CA__, with a certified copy of this judgment.

J.L. Norwood, Warden
~~UNITED STATES MARSHAL~~

By  J.R. Anaulu, C'E
~~Deputy U.S. Marshal~~